## Mirwan *against* Ingersol.

On certiorari to a Justice's Court; the plaintiff assigned errors ; and the defendant pleaded a special plea in bar, of accord and satisfaction, to which the plaintiff replied, taking issue. At the last *Monroe* Circuit, the cause coming on to be tried, the Circuit Judge decided that the defendant held the affirmative. And, he not being ready with his proof, his counsel declined appearing, and the cause was called, and the jury impannelled as upon an inquest by default. While the counsel for the plaintiff was engaged in drawing a special verdict, the defendant's witness appeared, and his counsel then asked leave to appear, and try the cause, stating that he could prove the truth of his plea. This was denied by the Judge ; and the plaintiff's counsel hastily drew a special verdict in these words : " And the jury find that *Thomas Ingersol* does not appear nor offer any evidence to prove the allegations contained in his plea." This was received and entered as the verdict of the jury ; and the plaintiff afterwards proceeded, without submitting the verdict to this Court, to tax his costs, perfect his judgment, and issue his execution.

The defendant may appear at the circuit, after the jury are impannelled for an inquest by default. A special verdict, finding that the defendant does not appear, nor offer any evidence in support of his plea, is a nullity.

The plaintiff cannot take judgment, *of course,* upon a special verdict, but it should be on motion in court.

A motion was now made, in behalf of the defendant, to set aside the verdict and all subsequent proceedings for irregularity, on these ground, among others, viz. 1. That the defendant should have been suffered to appear. 2. That the verdict was void. 3. That, at any rate, judgment could not be taken upon the verdict, without a special motion to this Court. And *Com. Dig. pleader,* (*S.* 21, 22) was cited to shew the verdict void.

*D. D. Barnard,* for the motion.

*R. Beach*, contra.

*Curia.* The objections are all well taken ; and the motion must be granted.

Rule accordingly.